872 A.2d 1124

**Gregory KELLY, Appellant,**

**v.**

**PENNSYLVANIA BOARD OF PROBATION
& PAROLE, Appellee.**

Supreme Court of Pennsylvania.

April 13, 2005.

## *ORDER*

PER CURIAM.

**AND NOW,** this 13th day of April, 2005, probable jurisdiction is noted and the order appealed is affirmed.